IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 22-cv-00190

PROFESSIONAL BULL RIDERS, LLC,

    Plaintiff,

v.

RTPR, LLC,

    Defendant.

___

## ORDER ADMINISTRATIVELY CLOSING CASE
___

    Before the Court is the Joint Motion for Administrative Stay and Case Closure. (ECF No. 48.) Pursuant to D.C.COLO.LCivR 41.2, the Court "may order the clerk to close a civil action administratively subject to reopening for good cause." In light of the settlement reached in this matter and the parties' stated intent to file a Notice of Dismissal not later than December 16, 2022, the Court agrees that administrative closure is appropriate.

    Therefore, the Court ORDERS the case is hereby ADMINISTRATIVELY CLOSED.

    DATED this 15th day of June, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge